**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00064-CV**
_____

**FIRST INTERCONTINENTAL BANK, Appellant**

**V.**

**KING FUELS, INC., Appellee**

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 19-01-00859-CV

**MEMORANDUM OPINION**

The appellant, First Intercontinental Bank, filed a motion to dismiss this appeal. Appellant made this motion voluntarily before this Court decided the appeal. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice to appeal. The motion is granted and the appeal is dismissed.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on September 29, 2020
Opinion Delivered September 30, 2020

Before Kreger, Horton, and Johnson, JJ.